ORIGINAL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Daniel D. Domenico

Civil Action No. 1:19-cv-01941-DDD-NRN

LEIGH ANN MIDGETT; and
BENJAMIN STECKER,

    Plaintiffs,

v.

DENVER C.A.R.E.S.;

    Defendant.

## VERDICT FORM

We, the jury, on our oaths, present our answers to the following questions submitted by the Court, to which we have all unanimously agreed:

- 1 -

## Plaintiff Midgett's Claim Against Defendant Denver CARES

1. Did Plaintiff Leigh Ann Midgett prove, by a preponderance of the evidence, each element of her claim as described in Instruction No. 13?

   ANSWER: Yes ✓   No ____

If you answered "No," your verdict is for the Defendant Denver CARES and you should skip the next question. If you answered "Yes", your verdict is for Ms. Midgett, proceed to the next question.

## Plaintiff Midgett's Damages

2. What amount of compensatory or nominal damages does the jury believe will reasonably and fairly compensate Ms. Midgett for the deprivation of her Fourth Amendment rights at Denver CARES as defined in Instruction No. 18?

   $ 280,000

Proceed to the next section.

## Plaintiff Stecker's Claim Against Defendant Denver CARES

1. Did Plaintiff Benjamin Stecker prove, by a preponderance of the evidence, each element of his claim as described in Instruction No. 13?

    ANSWER: Yes ___✓___ No _____

If you answered "No," your verdict is for the Defendant Denver CARES and you should skip the next question. If you answered "Yes", your verdict is for Mr. Stecker, proceed to the next question.

## Plaintiff Stecker's Damages

2. What amount of compensatory or nominal damages does the jury believe will reasonably and fairly compensate Mr. Stecker for the deprivation of his Fourth Amendment rights at Denver CARES as defined in Instruction No 18?

    $ 380,000

Go to the Certification page below and enter your sign in the space provided.

## CERTIFICATION



Foreperson

Dated this 19TH day of April, 2024.

- 4 -