IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-01941-DDD-NRN

LEIGH ANN MIDGETT,
MATTHEW LOESLEIN,
KELLIE KOEDEL,
ANDREA SEITH, and
BENJAMIN STECKER,

      Plaintiffs,

v.

DENVER C.A.R.E.S., a behavioral health facility operated by Denver Health Medical
Center/Denver Health and Hospital Authority,
PATRICIA A. GABOW, M.D.,
AUDREY VINCENT, RN, FACHE,
MARITES DILAG, RN,
KAA BENTON,
JAHARRI ASTEN,
PAUL ROSE,
NICHOLAS MAINARDI,
AVA WALSTON,
SARAH JENKINS,
ALICIA PORTILLO,
JENNIFER GARNER,
JOHN DOE #1,
JOHN DOE #2,
JOHN DOE #3,
JOHN DOE #4,
JOHN DOE #5
JOHN DOE #6, and
JOHN DOE #7,

      Defendants.

---

FINAL JUDGMENT

---

1

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is entered.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Notice of Dismissal of Defendant Patricia A. Gabow, M.D., filed August 23, 2019, it is

ORDERED that Plaintiffs' claims against Defendant Patricia A. Gabow, M.D. are DISMISSED WITHOUT PREJUDICE.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Granting in Part and Denying in Part Defendants Motion to Dismiss, filed March 12, 2021, by the Honorable Daniel D. Domenico, United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that judgment is hereby entered in favor of Defendants, Jaharri Asten, Nicholas Mainardi, Ava Walston, Sarah Jenkins, and Jennifer Garner, and against Plaintiffs, Leigh Ann Midgett, Matthew Loeslein, Kellie Koedel, Andrea Seith, and Benjamin Stecker, on Defendants' Motion to Dismiss. It is further

ORDERED that Plaintiffs' claims against Defendants Jaharri Asten, Nicholas Mainardi, Ava Walston, Sarah Jenkins, and Jennifer Garner are dismissed.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Regarding Cross Motions for Summary Judgment, filed September 28, 2023, by the Honorable Daniel D. Domenico, United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that judgment is hereby entered in favor of Defendants, and against Plaintiffs, Matthew Loeslein, Kellie Koedel, and Andrea Seith, on Defendants' Motion for Summary Judgment. It is further

2

ORDERED that Plaintiffs, Matthew Loeslein, Kellie Koedel, and Andrea Seith's claims are DISMISSED. It is further

ORDERED that Plaintiffs' claims against Defendants John Does #1-7 are DISMISSED WITHOUT PREJUDICE pursuant to Plaintiffs' notice of voluntary dismissal.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Stipulations of Dismissal filed February 2, 2024 and February 27, 2024, it is

ORDERED that Plaintiffs' claims against Defendants Audrey Vincent, Marites Dilag, Kaa Benton, Paul Rose, and Alicia Portillo are DISMISSED WITH PREJUDICE.

THIS MATTER came before the Court and a jury of nine duly sworn to try the matter on April 15, 2024 the Honorable Daniel D. Domenico, United States District Judge, presiding. On April 19, 2024, the jury returned its verdict.

It is hereby

ORDERED that judgment is entered in favor of Plaintiff, Leigh Ann Midgett, and against Defendant, Denver C.A.R.E.S., a behavioral health facility operated by Denver Health Medical Center/Denver Health and Hospital Authority, in the amount of $280,000.00 on Plaintiff's claim under 28 U.S.C. § 1983. It is further

ORDERED that judgment is entered in favor of Plaintiff, Benjamin Stecker, and against Defendant, Denver C.A.R.E.S., a behavioral health facility operated by Denver Health Medical Center/Denver Health and Hospital Authority, in the total amount of $380,000.00 on Plaintiff's claim under 28 U.S.C. § 1983. It is further

ORDERED that post-judgment interest shall accrue on the total amount of $660,000.00 at the legal rate pursuant to 28 U.S.C. §1961 from the date of entry of judgment. It is further

ORDERED that Plaintiffs Leigh Ann Midgett and Benjamin Stecker shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment.

DATED at Denver, Colorado this <u>24th</u> day of April, 2024.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*s/ Robert R. Keech*

Robert R. Keech,
Deputy Clerk

APPROVED AS TO FORM:

Daniel D. Domenico,
United States District Judge

4